UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>K. HARRINGTON, et al.,<br><br>　　　Defendants. | 1:11-cv-01262-GSA-PC<br><br>ORDER DENYING MOTION AS MOOT<br>(Doc. 7.) |

　　　John W. Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on August 1, 2011. (Doc. 1.)

　　　On January 2, 2014, Plaintiff filed an ex parte motion for this case to move forward, or in the alternative, for reassignment of the Magistrate Judge. (Doc. 7.) On February 2, 2014, the Magistrate Judge screened Plaintiff's Complaint and entered an order requiring Plaintiff to either file an amended complaint or notify the court of his willingness to proceed with the claims found cognizable by the court. (Doc. 8.) In light of the order of February 2, 2014, Plaintiff's motion filed on January 2, 2014 is moot and shall be denied as such.

　　　Accordingly, based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion, filed on January 2, 2014, is DENIED as moot.

IT IS SO ORDERED.

　　Dated:　**March 17, 2014**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE